[Nos. 48201-7-I; 48202-5-I. Division One. September 17, 2001.]

THE CITY OF SEATTLE, *Petitioner*, v. OLIVER ALEXANDER, JR., *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 99-1-01967-5, Michael J. Trickey, J., entered February 6, 2001. *Reversed* by unpublished per curiam opinion.

[No. 19506-6-III. Division Three. September 18, 2001.]

*In the Matter of the Marriage of* THOMAS B. WHALEN, *Respondent*, and ROXANE E. WHALEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-3-01404-2, Kathleen M. O'Connor, J., entered July 21, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 25576-6-II. Division Two. September 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM HENRY BOYD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00774-1, James E. Warme, J., entered January 31, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Seinfeld and Houghton, JJ.